IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-po-00276 |
| v. | : | HON. MICHAEL J. NEWMAN |
| WILLIAM L. BROWN | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS

Now comes the United States, by and through counsel, and respectfully requests that the Court dismiss the charge/citation in the above-captioned case.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/ Dominick S. Gerace
DOMINICK S. GERACE (0082823)
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Phone: (937) 225-2910
Fax: (937) 225-2564
dominick.s.gerace@usdoj.gov

*Granted.*
*MN*
*3/6/17*

## CERTIFICATE OF SERVICE

I certify that a copy of the above Motion to Dismiss was electronically filed on this 3rd day of March, 2017, using the Court's CM/ECF system, which will send notification of filing to all counsel of record.

s/ Dominick S. Gerace
DOMINICK S. GERACE (0082823)
Assistant United States Attorney
